UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| v. | ) | **CASE NO. 25-CR-141 (TNM)** |
| **MARIO BUSTAMANTE LEIVA** | ) | |
| | ) | |

**UNOPPOSED MOTION TO CONTINUE STATUS HEARING**

Mario Bustamante Leiva, by and through counsel, respectfully moves this Honorable Court to continue the status hearing currently scheduled for November 10, 2025, to November 20th or 21st. On November 6, 2025, the government sent the defense a plea offer. The defense now requires time to translate the documents then review and discuss the plea offer with Mr. Bustamante Leiva. The government does not oppose this motion. The parties agree that time under the Speedy Trial Act should be tolled in the interest of justice.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/s/_____
UBONG E. AKPAN
TEZIRA ABE
Assistant Federal Public Defenders
625 Indiana Avenue, NW, Suite 550
Washington, DC 20004
(202) 208-7500

1

## CERTIFICATE OF SERVICE

I, Ubong E. Akpan, certify that on this 7th day of November 2025, I caused a copy of the foregoing Unopposed Motion to be filed through the Electronic Case Filing ("ECF") system and served a copy on counsel for the government through the ECF.

_____/s/_____
Ubong E. Akpan
Assistant Federal Public Defender